UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SHELLFISH CO., INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY; THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY OF CONNECTICUT; and DOE 1 through DOE 20, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-00924-KJM-AC<br><br>Judge: Hon. Kimberly J. Mueller<br><br>**ORDER APPROVING JOINT STIPULATION TO AMEND FRCP 16 BENCH ORDER TO CONTINUE CERTAIN PRE-TRIAL DEADLINES**<br><br>Complaint Filed: April 13, 2022 |

The Joint Stipulation to Amend the Court's FRCP 16 Bench Order after Scheduling Conference [Dkt. 13]("Scheduling Order") submitted by Plaintiff California Shellfish Co., Inc. and Defendants The Hartford Steam Boiler Inspection And Insurance Company and The Hartford Steam Boiler Inspection And Insurance Company Of Connecticut, having been considered by the Court and good cause appearing, is hereby GRANTED.

/ / /

/ / /

/ / /

-1-

The Scheduling Order [Dkt. 13] is hereby amended as follows:

| Matter/Event | New Date |
|---|---|
| Expert Disclosures (Initial) | 8/31/2023 |
| Expert Disclosures (Rebuttal) | 9/29/2023 |
| Non-expert/expert Discovery Cut-Off | 10/30/2023 |
| Last Date for Hearing Motions (except for motions for continuances, temporary restraining orders or other emergency applications) | 12/1/2023 at 10:00 a.m. |

**IT IS SO ORDERED.**

DATED: July 5, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. 2:22-cv-00924-KJM-AC